DECEMBER 22, 1938

**No. 40220.—**—Protest 949680–G of Meadows Wye & Co., Inc. Abstract 39858. Application by plaintiff for rehearing granted.

DECEMBER 23, 1938

**No. 40221.—**—Protest 950187–G of F. S. Smith & Son. Abstract 39862. Application by plaintiffs for rehearing granted.